IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAKEYTIA RENEE ALLEN, XAVIER DOBBINS, AALIYAH LEWIS, and HERMAN MURDEN, <br><br> Plaintiffs, <br><br> v. <br><br> EDWIN UTRERAS, Star #19901, in his individual capacity, ERIC CATO, Star #1321, in his individual capacity, and the CITY OF CHICAGO, <br><br> Defendants. | No. 15 CV 1026 <br><br> Judge Charles R. Norgle, Sr. |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Rob Cohen
Attorney for Plaintiffs,
Lakeytia Renee Allen, Xavier Dobbins,
Aaliyah Lewis, and Herman Murden
Frankel & Cohen
53 West Jackson Blvd., Ste. 1615
Chicago, Illinois 60604
(312) 759-9600
Attorney No. 6193698

DATE: 4-22-16

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY:
Thomas Platt
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602, (312) 744-4833
Attorney No. 6181260
DATE:

Larry S. Kowalczyk
Special Assistant Corporation Counsel
Attorney for Defendants,
Edwin Utreras and Eric Cato
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, Illinois 60604, (312) 540-7616
Attorney No. 90663
DATE: 4-22-16